UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:                                                  Case No.:

   KW Land Company, LLC

_____Debtor(s)_____/

**CREDITOR MATRIX COVER SHEET**

    I declare that the attached Creditor Mailing Matrix, consisting of __3__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: May 20, 2025

                         _/s/ Jane Kim_____
                         Signature of Debtor's Attorney or Pro Per Debtor

2001 © American LegalNet, Inc.

Umpqua
Umpqua Bank, PO BOX 1580
ROSEBURG, OR 97470

Federal Tax and Trade Bureau (TTB)
1310 G Street NW,
Washington, DC 20005

Navdep Sran
1758 N. Siskiyou Ave,
Kerman, CA 93630

Sukwinder Sran
1758 N. Siskiyou Ave,
Kerman, ca 93630

MOSS ADAMS
255 E RIVER PARK CIRCLE, SUITE 220
FRESNO, CA 93720

DEMERA DEMERA CAMERON LLP
5080 N FRUIT AVE, SUITE 101
FRESNO, CA 93711




BAKER MANOCK & JENSON
5260 N. PALM AVE,
FRESNO, CA 93704




QUALL CARDOT LLP
205 E RIVER PARK CIRCLE SUITE 110, 0
FRESNO, CA 93720




WILD , CARTER & TIPTON (S1564-001)
246 WEST SHAW AVE, 0
FRESNO, CA 93704




WILD,CARTER & TIPTON (S1564-003)
246 WEST SHAW AVE., 0
FRESNO, CA 93704

AgAmerica Lending
PO BOX 850001,
ORLANDO, FL 32885


Bank of the Sierra
613 S MAIN ST,
TEMPLETON, CA 93465


Monterey County
580 Pacific Street,
Monterey, CA 93940